

186 So. 924

### STATE v. Thomas L. CAIN.

#### I Div. 327.

Court of Appeals of Alabama.

Feb. 21, 1939.

George A. Sossaman, of Mobile, for appellee.

RICE, Judge.

This appeal is dismissed upon authority of what was held by this Court in State v. Powe, ante, p. 402, 185 So. 781.

Appeal dismissed.

187 So. 897

### STATE v. Thos. L. CAIN.

#### I· Div. 328.

Court of Appeals of Alabama.

March 7, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

George A. Sossaman, of Mobile, for appellee.

BRICKEN, Presiding Judge.

The defendant was indicted on a charge of perjury, there was judgment for the defendant, and the State appeals.

This is a companion case of the State v. Powe, ante, p. 402, 185 So. 781. On authority of that case, the appeal in this case is dismissed.

187 So. 898

### STATE v. J. F. FLINN,

#### I Div. 325.

Court of Appeals of Alabama.

March 7, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

George A. Sossaman, of Mobile, for appellee.

BRICKEN, Presiding Judge.

The defendant was indicted on a charge of perjury, there was judgment for the defendant, and the State appeals.

This is a companion case of the State v. Powe, ante, p. 402, 185 So. 781. On authority of that case, the appeal in this case is dismissed.

187 So. 898

### STATE v. Marvin S. JACKSON.

#### I Div. 316.

Court of Appeals of Alabama.

March 7, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

D. R. Coley, Jr., of Mobile, for appellee.

BRICKEN, Presiding Judge.

The defendant was indicted on a charge of perjury, there was judgment for the defendant, and the State appeals.

This is a companion case of the State v. Powe, ante, p. 402, 185 So. 781. On authority of that case, the appeal in this case is dismissed.

187 So. 898

### STATE v. Glaspy J. LANDRY.

#### I Div. 329.

Court of Appeals of Alabama.

March 7, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

George A. Sossaman, of Mobile, for appellee.